

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00919-CV

Alfredo **CEPEDA**,
Appellant

v.

Pansy Bama **DIETZE** and Juan Ramon Lopez,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2009CVQ001148-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On September 25, 2007, a default judgment was entered against Appellee Pansy Bama Dietze. Dietze subsequently filed an original petition for bill of review in the trial court, seeking to vacate the default judgment. On October 31, 2018, the trial court granted the petition for bill of review thereby vacating the default judgment. Additionally, the trial court ordered the parties to confer and to enter into a docket control order. On November 30, 2018, Appellant Alfredo Cepeda filed a notice of appeal.

In *Jordan v. Jordan*, 907 S.W.2d 471, 472 (Tex. 1995), the supreme court held that "[a] bill of review [that] sets aside a prior judgment but does not dispose of the case on the merits is interlocutory and not appealable." Thus, the supreme court held that the court of appeals lacked jurisdiction over the appeal. *Id.*

We, therefore, ORDER Cepeda, **on or before January 22, 2019**, to show cause why this appeal should not be dismissed for lack of jurisdiction. *See id*. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court